AO 240 (Rev. 9/96)

# United States District Court

DISTRICT OF  VERMONT       JAN 8  9 25 AM '04

Plaintiff

V.

Defendant

APPLICATION TO PROCEED lw
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:04-cv-5

I, JAMES T. BURKE _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes      ☐ No     (If "No" go to Part 2)
   If "Yes" state the place of your incarceration  North State Corr Faci. New Port
   Are you employed at the institution? NO       Do you receive any payment from the institution? NO
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes     ☒ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   2003 Feb 1st. $200.00 a week / ~~[scribbled out]~~
   Enterprise Rent a Car

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☐ Yes   ☒ No
   f. Any other sources                                 ☒ Yes   ☐ No

If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.  Handy Man / Painting / Unemployed

This form was electronically produced by Elite Federal Forms, Inc.

AO 240 (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No
   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No
   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONe

I declare under penalty of perjury that the above information is true and correct.

12-12-03
DATE

James T. Burke
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.