AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

JAMES T. BURKE,

    Plaintiff,

v.

LAURI LAROCA,
ENTERPRISE RENT A CAR,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:04-CV-5

___ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Paper No. 7) filed June 2, 2004, plaintiff has failed to amend his Complaint to state a federal cause of action as directed in Court's Opinion and Order (Paper No. 5) filed April 2, 2004. The Complaint is therefore DISMISSED without prejudice.

Date: June 2, 2004

RICHARD PAUL WASKO
Clerk

_(signature)_
(By) Deputy Clerk

JUDGMENT ENTERED ON DOCKET
DATE: 6/2/04

```
                    UNITED STATES DISTRICT COURT            ■ BURLINGTON:
                         OFFICE OF THE CLERK                 (MAIN HEADQUARTERS)
                         DISTRICT OF VERMONT                 P.O. BOX 945
RICHARD PAUL WASKO          FEDERAL BUILDING                 (802-951-6301)
      CLERK              BURLINGTON, VERMONT 05402-
                         0945                               ■ RUTLAND 05702-0607
                                                             (DIVISIONAL OFFICE)
                                                             P.O. BOX 607
                                                             (802-773-0245)

                                                            ■ BRATTLEBORO 05302-0998
                                                             (DIVISIONAL OFFICE)
                                                             P.O. BOX 998
                                                             (802-254-0250)
```

Civil Action No. 2:04-CV-5   Date June 2, 2004

James T. Burke   vs. Lauri Laroca, Enterprise Rent A Car

## NOTICE TO LITIGANTS

If you wish to appeal the enclosed judgment or order, you must file a Notice of Appeal within 30 days after date of the entry of the judgment or order appealed from (or 60 days if the United States or an officer or agency of the United States is a party). Fed.R.App.P. 4(a)(1). The fee for filing an appeal is $255.00.

If you wish to appeal but are unable to file your Notice of Appeal within 30 days [or 60 days if applicable] after the date of entry shown on line 2 below, then you have an additional 30 days to file a Motion for Extension of Time. The Motion for Extension of Time **must** be filed within the additional 30 days after the date on line 3 below. Every Motion for Extension of Time must contain an explanation which demonstrates "good cause" or "excusable neglect" for failure to file the Notice of Appeal within the time limit required. Fed.R.App.P. 4(a)(5).

**PLEASE TAKE NOTICE**

| | |
|---|---|
| 1. Judgment or Order filed | June 2, 2004 |
| 2. Date of Entry of Judgment or Order on the docket of this court | June 2, 2004 |
| 3. Notice of Appeal **MUST** be filed on or before | July 2, 2004 |

_____
Deputy Clerk